In the Matter of the Judicial Settlement of the Account of Proceedings of THE NEW YORK TRUST COMPANY, as Successor Trustee of the Trust for the Benefit of NATHALIE L. ROOT under the Last Will and Testament of AUGUSTUS C. DOWNING, Deceased.— Decree so far as appealed from reversed, with twenty dollars costs and disbursements to the appellant against the respondents Augustus C. Downing and Others, issue of the children of the decedent who predeceased Nathalie L. Root, and the application of said respondents for an allowance for

counsel fees and other expenses denied. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See, also, 142 Misc. 11; 235 App. Div. 185; 260 N. Y. 635.]